## SOLOMON JESSIMAN
*versus*
## THE HAVERHILL AND FRANCONIA IRON MANUFACTORY.

A plea of an award, in pursuance of a parol submission, is a good bar without an averment of performance.

THIS was an action of trespass on the case, for erecting and continuing a dam across the river Ammonoosuc, whereby the plaintiff's lands were overflown and injured.

The defendant pleaded in bar a parole submission of the cause of action to arbitrators, and an award made in pursuance of the submission ; but the plea contained no averment that the award had been performed.

To this plea the plaintiff demurred, and objected that the plea was defective for want of such an averment.

But *the court* said that it seemed to be now well settled that a plea of an award in pursuance of a parol submission was good, without averring performance, (11 *Johnson* 189, *Armstrong* vs. *Masten.*—*Kid on Awards* 381,) and gave judgment for the defendant.

*Payson,* for the plaintiff.
*Swan,* for the defendant.